Michael D. Braun (Bar No. 167416)
**BRAUN LAW GROUP, P.C.**
10680 W. Pico Blvd., Suite 280
Los Angeles, CA 90064
Phone: (310) 836-6000
Fax:    (310) 836-60106
E-Mail: service@braunlawgroup.com

Janet Lindner Spielberg (Bar No. 221926)
**LAW OFFICE OF JANET LINDNER SPIELBERG**
12400 Wilshire Blvd., Suite 400
Los Angeles, CA 90025
Phone: (310) 392-8801
Fax:    (310) 278-5938
E-Mail: jlspielberg@jlslp.com

Richard A. Adams *(Admitted Pro Hac Vice)*
**PATTON ROBERTS PLLC**
2900 St. Michael Drive, Suite 400
Texarkana, Texas 75505-6128
Phone: (903) 334-7000
Fax:    (903) 334-7007
E-Mail: radams@pattonroberts.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ANGELA RUSS; SHAWN MARTIN; and NITISHA INGRAM, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>APOLLO GROUP, INC.; and THE UNIVERSITY OF PHOENIX, INC.<br><br>Defendants. | CASE NO. CV 09-0904 VBF (FMOx)<br><br>HON. VALERIE BAKER FAIRBANK<br><br><u>CLASS ACTION</u><br><br>**DECLARATION OF MICHAEL D. BRAUN IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION; APPOINTMENT OF CLASS REPRESENTATIVES; AND APPOINTMENT OF CLASS COUNSEL**<br><br>DATE:  October 26, 2009<br>TIME:  1:30 p.m.<br>CTRM:  9 |

I, Michael D. Braun declare as follows:

1. I am a principal with the Braun Law Group, P.C., co-counsel for Plaintiffs in this matter. I am a member of the California Bar and am admitted to practice in this District.

2. This declaration is submitted in support of Plaintiff's Motion for Class Certification, Appointment of Class Representative and Appointment of Class Counsel.

3. I make this declaration of personal knowledge and if called as a witness, I could and would testify competently to the facts stated herein.

4. Attached hereto are true and correct copies of the following documents:

| | | |
|---|---|---|
| Exhibit A | Financial Aid Application |
| Exhibit B | Financial Aid Entrance Interview |
| Exhibit C | Student Financial Agreement |
| Exhibit D | Federal Financial Aid Award Letter |
| Exhibit E | Declaration of Angela Russ |
| Exhibit F | Declaration of Nitisha Ingram |
| Exhibit G | Federal Student Aid Repayment Information |
| Exhibit H | Apollo Group 2007 Annual Report on Form 10-K. |
| Exhibit I | School Default Rates for the University of Phoenix |
| Exhibit J | University of Phoenix 2007 Catalog |
| Exhibit K | Braun Law Group, P.C. Firm Resume |
| Exhibit L | Law Offices of Janet Spielberg Firm Resume |
| Exhibit M | Patton Roberts PLLC Firm Resume |
| Exhibit N | Individual State Analysis: Breach of Contract |
| Exhibit O | Individual State Analysis: Fraud |

5. Attached hereto as Exhibit G is a true and correct copy of a document entitled "Federal Student Aid Repayment Information." On or about July 13, 2009,

1

1  I downloaded this document from the Internet.  It is publicly available at
2  http://studentaid.ed.gov/PORTALSWebApp/students/english/repaying.jsp
3      6.    Attached hereto as Exhibit I is a true and correct copy of a document
4  entitled "School Default Rates for the University of Phoenix."  On or about July 13,
5  2009, I downloaded this document from the Internet.  It is publicly available at
6  http://wdcrobcolp01.ed.gov/CFAPPS/COHORT/cohortdata_detail.cfm?Record_ID=563
7  &record=1&datarates.recordcount=1.
8      I declare under penalty of perjury under the laws of the United States of America
9  that the foregoing is true and correct.
10      Executed on this 14th day of July, 2009 , Los Angeles, California.

                                      */s/ Michael D. Braun*
                                        Michael D. Braun