# EXHIBIT A

University of Phoenix

**REDACTED**

Financial Aid Application/Independent

### I. General Information    (Please print or type)

| Russ | Angela | E | | |
|---|---|---|---|---|
| Legal Name - Last | First | Middle | Previous Name | |

| | | | | |
|---|---|---|---|---|
| Social Security Number | IRN | Anticipated Start/Re-entry Date | Daytime Telephone Number | |

Did you attend another College or University (Other than the University of Phoenix) as of July 1, 2006? If Yes, check this box ☐

### II. Student Loan Request

We will certify your loan for the MAXIMUM you are eligible for. If you want LESS THAN THE MAXIMUM, enter amount here: $_____ N/A

The loan amount certified will include Unsubsidized Student Loan funds. If you **DO NOT WANT UNSUBSIDIZED** loans, check this box: ☐
(Checking this box WILL REDUCE the amount of your student loan.)

### III. Other Aid Sources

Are you receiving (or will receive) any other financial assistance (e.g. employer-paid tuition assistance for course attendance, private student loans, scholarships, stipends, monetary gifts, Military Tuition Assistance, etc.) to attend the University of Phoenix?

Yes ☐ or No ■. If you answer YES, you must complete the **Other Resources Form.**

### IV. Authorization to Apply Federal Student Aid and/or State Funded Student Assistance, Acknowledgement and Signature

By signing this form, I acknowledge/authorize the following:
- Changes in my class schedule, which include breaks in excess of 29 days (or 21 days for students attending the Georgia Campus), may result in the cancellation or revision of student financial aid awards.
- I have received and understand the University's Satisfactory Academic Progress Policy.
- I have received and understand the University's Refund Policy for Title IV recipients.
- I understand that the interest accrued on any monies the University retains in my student account will be retained by the University of Phoenix.
- I understand that any excess funds above the amount the University retains will be issued to me after the University processes each disbursement.
- I understand that although I have applied for student financial aid, I am responsible for all charges incurred while attending the University. I will, therefore, pay any charges not covered by financial aid.
- I understand that the University of Phoenix can and will retain Title IV Student Financial Aid funds and/or state funded student assistance for current outstanding tuition charges, to include tuition charges (including state sales tax), rEsource fees, special course fees for Directed Studies and Graduation fees.
- If I cancel my approval or do not choose to complete the authorizations subsequent to funds being disbursed I must pay for each course and rEsource fees prior to my first date of attendance.
- I understand that I may withdraw my approval for any one or all of these authorizations at any time. This may be accomplished by contacting my campus Financial Aid Department. I also understand that a cancellation or modification of this Authorization will be effective for disbursements processed after the date the University received the change, and will not affect funds already retained.
- I authorize the University to apply the remaining proceeds of my Title IV student financial aid disbursement(s) as follows:

**YES or NO?**    Mark (☒) each box to indicate your answer.
| | | |
|---|---|---|
| ☐ | ■ 1) | Title IV Student Financial Aid funds and/or state funded student assistance may be applied to all open allowable charges, including administrative fees and other charges for the academic year. |
| ☐ | ■ 2) | Title IV Student Financial Aid funds and/or state funded student assistance may be applied to estimated future tuition charges (including state sales tax) and rEsource fees for the payment period within the academic year. |
| ☐ | ■ 3) | Title IV Student Financial Aid funds and/or state funded student assistance may be applied to my University account for outstanding charges incurred prior to the payment period, and/or academic year. |

I understand if I do not authorize the above 1) the University will still retain federal funds to pay for current outstanding institutional charges, to include tuition charges (including state sales tax), rEsource fees, special course fees for Directed Studies, and Graduation fees; and 2) subsequent to the University disbursing aid, I will need to pay for future courses before beginning class. By signing this form I verify that all the information reported on this form is true and correct.

| E-signed By: Angela Russ | 8/23/2006 19:13 |
|---|---|
| Student Signature | Date |

SFA    WEB

Rev 1 01/31/2006

# EXHIBIT B

 **University of Phoenix**

# Financial Aid Entrance Interview

**I understand that:**

1. The University of Phoenix participates in the Federal Pell Grant program and the Federal Family Educational Loan Program (FFELP) (Subsidized, Unsubsidized, and PLUS) Loans. Pell Grant recipients may be eligible for an Academic Competitiveness Grant or National SMART Grant. They also offer information on alternative loans and scholarships.
2. The FFELP Master Promissory Note (MPN) will be used by borrowers to obtain loans for attendance at UOP. I understand that I should carefully review this document and the Borrower's Rights and Responsibilities statement before signing the MPN.
3. Under the multi-year feature of the MPN, I will be able to obtain additional loans from the FFELP program without having to sign a new promissory note for each period of enrollment. I will be required to complete a new MPN when I first enroll at the University and if I choose to borrow from a different lender. I understand that I have the right to sign a new promissory note for each loan and opt out of the multi-year feature of the MPN. I will carefully review the MPN and the Borrower's Rights and Responsibilities statement before signing the MPN.
4. For loans made under the FFELP Master Promissory note, I will receive an award notification from the University and a disclosure statement from my lender that informs me of the proposed types and amount of student loans being awarded for the loan period.
5. I may provide written notification to my Campus Financial Aid Advisor if I wish to cancel the conditions of the Master Promissory Note asking that the MPN no longer be used as the basis for additional FFELP loans.
6. All loans must be repaid including all accrued interest and fees.
7. I have a maximum of 10 years to repay my loan(s) unless my loans are consolidated, which may extend my repayment term.
8. I may prepay all or part of any loan without penalty.
9. The minimum monthly payment for any loan is $50.00, but can be more depending on the sum borrowed. Repayment will begin as follows:

   **Federal Subsidized Loan Borrowers**
   Following a 6-month grace period. The grace period is for periods of in-school enrollment and for 6 months following graduation or withdrawal.

   **Federal Unsubsidized Loan Borrowers**
   Following a 6-month grace period; however, interest accrues while in-school and during the grace period and can be paid or postponed until graduation or withdrawal.

10. The interest rate for all loan(s) is specified on my disclosure statement, and I am responsible for paying accrued and/or capitalized interest. A new loan disbursed on or after July 1, 2006 will have a fixed rate of 6.8%. Loans disbursed prior to July 1, 2006 will have a variable rate with an 8.25% cap.
11. Multiple borrowing and/or changing lenders will complicate loan repayment and deferment options. Keeping my loans with the same lender throughout my postsecondary career will make repayment of my loan(s) much easier. Tracking loan payments and requesting deferments are simplified if there is only one lender involved.
12. I will be notified in writing if my loan is transferred to a new holder. I must direct all future correspondence to that new holder.
13. If I qualify, I may apply for a postponement of my loan payments. This is known as a loan deferment.
14. If I do not qualify for a deferment and am unable to make payments on my loan, I may request forbearance from my lender.
15. I must notify my lender promptly in writing if I:

   - Change my name
   - Withdraw from school
   - Enroll for less than half-time
   - Change my telephone number
   - Change my address
   - Transfer to another school
   - Change my graduation date

Rev 4  05/13/2006

UPX 001935

Exhibit B, Page 000006

# REDACTED

 University of Phoenix™

## Financial Aid Entrance Interview

16. If I fail to repay my student loan, I will be considered to be in default and the following may result: My loan will be reported to a National Credit Bureau and can have a negative effect on my credit rating for seven years. The entire unpaid amount of my loan, including interest, will become immediately due and payable. My federal and state income tax refunds may be withheld, or my wages may be garnished. I may be ineligible to receive any additional federal or state financial aid funds. My loan may be referred to a collection agency and I will be liable for collection costs. The holder of my loan(s) may sue me for all amounts owed including attorney fees.

17. I must repay my entire loan even if I do not complete my education, if I am not satisfied with my education, if I cannot find employment or I do not receive the educational or other services that I purchased from my school.

18. The Federal Consolidation Loan program may be an option for me. This program allows me to consolidate student loan debts from multiple programs and lenders into one loan, usually extending the repayment period and lowering monthly payments. Interest rate and total interest paid may be greater with consolidation, but it may prevent default. I must contact the holder of my loan for information regarding this program.

19. I must read and save all forms and inserts, make copies of financial aid documents and applications and as subsequent loan documentation is disbursed to me, to save these as well. This will assist me in referencing school and lender documents.

20. I must maintain satisfactory progress as indicated in the UOP school catalog in order to remain eligible for aid.

21. A copy of the University's Refund Policies for Title IV recipients are enclosed in the University school catalog. I have read and understand the policy.

The average federal student loan debt for University of Phoenix student loan borrowers is $27,000. Several repayment options are available to Stafford student loan borrowers. These include standard, graduated, extended, income sensitive, and consolidation options. Your lender will be able to provide detailed repayment information. The following charts are a summary of standard payment schedules.

| The Stafford loan interest rate as of July 1, 2006 is 6.8%. | | The maximum interest rate for Stafford loans is capped at 8.25%. | |
|---|---|---|---|
| Loan Balance: | $27,000 | Loan Balance: | $27,000 |
| Loan Interest Rate: | 6.8% | Loan Interest Rate: | 8.25% |
| Loan Term: | 10 years | Loan Term: | 10 years |
| Monthly Loan Payment: | $311 | Monthly Loan Payment: | $331 |
| Number of Payments: | 120 | Number of Payments: | 120 |
| Cumulative Payments: | $37,286 | Cumulative Payments: | $39,739 |
| Total Interest Paid: | $10,286 | Total Interest Paid: | $12,739 |

If I have additional questions, I will contact my Campus Financial Aid Advisor.

**By signing this form I certify that I have read and understood the information provided.**

E-Signed by: Angela E Russ _____    08/23/2006 07:39 PM _____

Signature    Date

_____    _____

SSN    IRN

**WEB**

Rev 4  05/13/2006

UPX 001936

# EXHIBIT C



Student Financial Agreement                    **REDACTED**

Student Name: Angela Russ                    IRN or Last 4 Digits of SSN:
Degree Program: BACHELOR OF SCIENCE IN BUSINESS/MANAGEMENT   Start Date: 8/31/2006

## FINANCE OPTIONS:

Below is a list of available finance options. Please check one Primary Finance Option (a Secondary Option is required for all students in the event of the primary financing plan does not cover 100% of tuition costs.) Funding of at least 50% of your annual tuition is required for an option to be considered primary. If you should have any questions or require additional information about the options available, please contact your campus representative.

**Primary or Secondary**

☐ ☐ **Cash Plan:** 100% cash payment submitted prior to each course start date.

☐ ☐ **Third Party Billing Plan (Employer/Military/Government):** University of Phoenix approved Employer, Military or Government tuition assistance vouchers or forms must be received by University of Phoenix at least five days prior to the start of each course. Tuition Only is deferred for a maximum of 90 days from each course start date. Any amounts not covered by your Employer, the Military or Government Agency must be paid prior to the start of each course. You authorize the University to discuss any pertinent information with your employer or any other third party you have indicated in order for the university to obtain payment according to the terms of this payment option. NOTE: This plan does not include (VA) GI Bill benefits.
Employer: _____ Government Agency : _____

■ ☐ **Financial Aid Plan:*** Federal Pell and SEOG Grant Programs, Stafford, PLUS and Perkins Loans, need and non-need based programs, are available for eligible students. In order to secure deferment of tuition during the application process you must provide the University of Phoenix all documents required to complete the certification of federal financial aid funds. Continuous attendance with no attendance breaks greater than 29 days, or 21 days for students attending a Georgia campus, is required to retain disbursed federal financial aid funds.

☐ ☐ **Private Loan Plan:** Students may be eligible to receive a private loan to finance their education. Tuition not covered by the loan must be paid by the student in accordance with the terms under another Finance Option. Private loan approvals may be credit-based.

☐ ☐ **Tuition Reimbursement Plan:** Available for students whose employers have a written reimbursement policy approved by University of Phoenix. Tuition will only be deferred a maximum of 60 days from each course start date. rEsource Fees are due on or before each course start date. To qualify for the Tuition deferment, prior to the start of your course, you must provide a signed Tuition Reimbursement Certification & Authorization form, that includes a valid credit card number (debit cards are not accepted) and your authorization to charge your card. Your credit card will be automatically charged 60 days after each course start date for tuition and upon each course start date for rEsource if University if Phoenix has not received payment. Employer_____

☐ ☐ **Other:**_____

*\* This plan is not offered at all University of Phoenix locations. Please check with your financial advisor.*

*Late fees of $30.00 will be assessed if a course is not paid for in accordance with the chosen financial option. In addition, up to $30.00 will be charged for any returned check in accordance with state law.*

I have read and fully understand the information listed above. I acknowledge I have access to and have reviewed the University of Phoenix Catalog describing by campus cancellation/refund policies. I have also reviewed the Financial Options Guide and all of my questions have been fully answered to my satisfaction. I also understand that I am financially responsible for any and all charges incurred no matter which option I have chosen.

☑ I Agree

Student Signature: Angela Russ                    Date: 8/16/2006 6:34:01 PM

*AW June 2005*   1

UPX 001933

Exhibit C, Page 000009

# EXHIBIT D

 **University of Phoenix**

University of Phoenix
Financial Aid Office
1515 W 190th
2nd Floor
Gardena, CA 90248

2007 Award Year
Federal Financial Aid Award Notice

Date: 09/21/06

Angela Russ

IRN:
Campus:  Gardena Learning Center

# REDACTED

### Financial Aid Instructions

**Congratulations!** The University of Phoenix has determined that you are eligible for Federal Title IV financial aid assistance.  Your certified Federal loan application has been forwarded to the lender you requested.

#### Student Rights and Responsibilities

- If the maximum amount of aid has been awarded to you for your academic year and you are an **undergraduate** student, you **MUST** complete a minimum of 24 credits **AND** 30 weeks of instructional time before you can apply for additional aid. If the maximum amount of aid has been awarded to you for your academic year and you are a **graduate** student, you **MUST** complete a minimum of  24 credits **AND** 30 weeks of instructional time before applying for additional aid.

- In accordance with Federal regulations (34 CFR 668.164), financial aid funds will be applied toward your outstanding institutional charges prior to any excess funds being refunded to you.

- **Failure to notify the financial aid department regarding course changes may result in the cancellation of your federal funds and may require you to reapply for aid.**

- Information on the Federal Pell Grant, Federal Supplemental Educational Opportunity Grant (FSEOG), State Grant, Academic Competitiveness Grant (ACG), National Science and Mathematics Access to Retain Talent Grant (SMART), and the Federal Perkins loan is included on this award letter if you are eligible.  Additional information regarding disbursement dates and amounts are included on the second page of this letter.  If you are eligible for the Federal Perkins loan, additional paperwork will be sent to you at the address above.  This paperwork must be completed and returned to maintain eligibility for the loan.

| | | | |
|---|---|---|---|
| **Loan Period** | From 31-AUG-2006 To  28-JUN-2007 | For  24.00  Credits | 40.00 Weeks of instruction |
| **Academic Year** | From 31-AUG-2006 To  28-JUN-2007 | For  24.00  Credits | 40.00 Weeks of instruction |

IMPORTANT NOTE: DISBURSEMENT DATES INCLUDED WITHIN THIS LETTER ARE ESTIMATES ONLY.  ACTUAL DISBURSEMENT DATES WILL BE DEPENDENT UPON YOUR SATISFYING ELIGIBILITY REQUIREMENTS AT THE TIME OF DISBURSEMENT AND LENDER PROCESSING TIME (SEE STUDENT RIGHTS AND RESPONSIBILITIES ABOVE).  ALL DISBURSEMEN OCCURRING AFTER YOUR FIRST DISBURSEMENT ARE SUBJECT TO ADDITIONAL ELIGIBILITY REQUIREMENTS, INCLUDING CREDIT COMPLETION, GRADE POSTING AND ENROLLMENT STATU

# REDACTED

IRN:

Federal Loan Award(s)

**1st Disbursement Loan Information:** Refers to how Federal loan funds will be allocated during the first half of your loan period. Additional funds may be held to cover other charges based on your previous authorization. The loan amount stated is the amount of the loan disbursement(s) before the lender processing fees are deducted.

| Award Type | Estimated * Disbursement Date | Number of Credits | Loan Disbursement Amount |
|---|---|---|---|
| Subsidized - 1 | 23-SEP-2006 | 12 | $1,313.00 |
| Unsubsidized - 1 | 23-SEP-2006 | | $2,000.00 |

**Total Aid 1st Disbursement:** $3,313.00

**2nd Disbursement Loan Information:** Refers to how Federal loan funds will be allocated during the second half of your loan period. Additional funds may be held to cover other charges based on your previous authorization. The loan amount stated is the amount of the loan disbursement(s) before the lender processing fees are deducted.

| Award Type | Estimated * Disbursement Date | Number of Credits | Loan Disbursement Amount |
|---|---|---|---|
| Subsidized - 1 | 18-FEB-2007 | 12 | $1,312.00 |
| Unsubsidized - 1 | 18-FEB-2007 | | $2,000.00 |

**Total Aid 2nd Disbursement:** $3,312.00

Federal Grant Award(s)

**Federal Grant Information:** Based upon the information you provided, your eligibility for the Federal Pell Grant, FSEOG, ACG and SMART has been evaluated. Federal regulations require that financial aid be used for educational purposes only. Therefore, your Federal Grants will be applied towards any outstanding institutional charges for each disbursement period. Additional funds may be held to cover other charges based on your previous authorization.

**Award Year 2007**

| Federal Pell Award | Estimated * Disbursement Date | Credits needed to Complete | | | Pell Disbursement Amount |
|---|---|---|---|---|---|
| Disbursement | 27-SEP-2006 | 1 | to | 12 | $ 650.00 |
| | 22-FEB-2007 | 13 | to | 24 | $ 650.00 |

# EXHIBIT E

## DECLARATION OF ANGELA RUSS

I, Angela Russ, declare as follows:

1. I am a named Plaintiff in the above referenced action. I asked my attorneys to file this case on my behalf and on behalf of all the other former students in a situation similar to mine.

2. I have kept informed of the major developments in this case and will provide deposition testimony, respond to discovery requests and appear and testify at trial as necessary. I am committed to prosecuting this case as a class action. I have retained counsel that I believe are competent and experienced in class actions and who I believe are qualified to prosecute this action on behalf of myself and the class.

3. I enrolled in the University of Phoenix in August of 2006. At the time of my enrollment, I was instructed to sign the University of Phoenix Enrollment Agreement and Student Financial Agreement.

4. The Student Financial Agreement required that I select a method of tuition payment. I selected payment through Federal Aid. Without financial aid, I would not have been able to pay tuition and would have not attended the school.

5. After indicating that I was going to use Federal Aid to finance my attendance at the school, I was instructed to review and e electronically sign additional documents including one called Financial Aid Entrance Interview.

6. I completed the application for Financial Aid under the Title IV program.

7. The University of Phoenix later informed me that it had been determined that I was eligible for Title IV financial aid assistance and that my loan application had been certified and was being forwarded to the lender I had selected.

8. I attended classes at the University of Phoenix until September 28, 2006.

9. On November 16, 2006, I signed a document called a University of Phoenix Official Withdrawal Form. Among other things, the form explained that the purpose for completing the form was to reconcile my account and pay any refunds due to me.

10. I called my lender who stated that the school had bought my loan.

11.   Apparently, after I stopped attending classes, and without my knowledge or consent, the school bought my Title IV loan from Wells Fargo.

12.   I then contacted various University of Phoenix representatives and complained about what had occurred with my loan. No one provided me with any explanation for what the school had done.

13.   After canceling my loan, the University of Phoenix informed me that rather than paying off my loan to the Wells Fargo – slowly over a very long period of time at a low interest rate - I would instead have to pay tuition costs directly to the school.

14.   The University of Phoenix informed me that if I did not pay off the balance in-full to the school, the debt would be reported to collections and the information would be reported to the credit bureau.

15.   I was scared about my credit being ruined so I borrowed money and paid off the balance.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed on July 10, 2009 at Los Angeles, California.

Angela Russ

# EXHIBIT F

## DECLARATION OF NITISHA INGRAM

I, Nitisha Ingram, declare as follows:

1.    I am a named Plaintiff in the above referenced action.  I asked my attorneys to file this case on my behalf and on behalf of all the other former students in a situation similar to mine.

2.    I have kept informed of the major developments in this case and will provide deposition testimony, respond to discovery requests and appear and testify at trial as necessary.  I am committed to prosecuting this case as a class action.  I have retained counsel that I believe are competent and experienced in class actions and who I believe are qualified to prosecute this action on behalf of myself and the class.

3.    I enrolled in the University of Phoenix toward the end of January of 2007. At the time of my enrollment, I was instructed to sign the University of Phoenix Enrollment Agreement and Student Financial Agreement.

4.    The Student Financial Agreement required that I select a method of tuition payment.  I selected payment through Federal Aid.  Without financial aid, I would not have been able to pay tuition and would have not attended the school.

5.    After indicating that I was going to use Federal Aid to finance my attendance at the school, I was instructed to review and e electronically sign additional documents including one called Financial Aid Entrance Interview.

6.    I completed the application for Financial Aid under the Title IV program.

7.    In March of 2007, the University of Phoenix informed me that it had been determined that I was eligible for Title IV financial aid assistance and that my loan application had been certified and was being forwarded to the lender I had selected.

8.    I attended classes at the University of Phoenix for about one semester.

9.    In May of 2007, after I decided to withdraw from the University of Phoenix, I received a letter from the school notifying me that the school had returned my Title IV funds.

10.    I never gave the school permission to return my loan funds.

11.    The school informed me that instead of paying off my loans to the lender —
       slowly over a very long period of time at a low interest rate - I would
       instead have to pay the entire amount of tuition costs immediately and
       directly to the school.

12.    The school's representatives also informed me that if I did not pay off the
       balance in-full to the school, the debt could be reported to collections and
       adversely effect my credit.

13.    The debt that the University of Phoenix stated I owed to them has been
       reported to collections.

       I declare under penalty of perjury under the laws of the State of Arkansas
and the United States that the foregoing is true and correct.

       Executed on July 10, 2009 at Little Rock, Arkansas.

                                     Nitisha Ingram

# EXHIBIT G



## Repayment Information

English | Español

### What you need to know about repaying student loans...

After you graduate, leave school, or drop below half-time enrollment, you have a period of time before you have to begin repayment. This "grace period" will be

- **six months** for a Federal Stafford Loan(FFEL or Direct).
- **nine months** for Federal Perkins Loans

The repayment period for all PLUS loans begins on the date the loan is fully disbursed, and the first payment is due within 60 days of the final disbursement. However, a graduate student PLUS borrower (as well as a parent PLUS borrower who is also a student) can defer repayment while the borrower is enrolled at least half-time, and, for PLUS loans first disbursed on or after July 1, 2008, for an additional six months after the borrower is no longer enrolled at least half-time. Interest that accrues during these periods will be capitalized if not paid by the borrower.

Parent PLUS loan borrowers whose loans were first disbursed on or after July 1, 2008, may choose to have repayment deferred while the student for whom the parent borrowed is enrolled at least half-time and for an additional six months after that student is no longer enrolled at least half-time. Interest that accrues during these periods will be capitalized if not paid by the borrower.



**Repaying Your Loans**

www.nslds.ed.gov

Direct Loan Servicing Online

Electronic Payment

Trouble Making Payments

Loan Discharge (Cancellation)

Cancellation and Deferment Options for Teachers

Loan Forgiveness for Public Service Employees

Loan Consolidation

### Exit Counseling

You'll receive information about repayment, and your loan provider will notify you of the date loan repayment begins. We can't emphasize enough the importance of making your **full** loan payment **on time** either monthly (which is usually when you'll pay) or according to your repayment schedule. If you don't, you could end up in default, which has serious consequences (scroll down to the Default discussion below). Student loans are *real* loans—just as real as car loans or mortgages. You have to pay back your student loans. Find out about your obligations in this section so you can stay on top of your loans.

### Get Your Loan Information

The U.S. Department of Education's National Student Loan Data System (NSLDS) allows you to access information on loan and/or federal grant amounts, your loan status (including outstanding balances), and disbursements made. Go to www.nslds.ed.gov.

### Paying Back Your Loan(s)

You have a choice of repayment plans. How much you pay and how long you take to repay your loans will vary depending on the repayment plan you choose. There are several repayment plans available: Standard, Extended, Graduated, Income Based Repayment (IBR), Income Contingent Repayment (ICR) (available to borrowers with Direct Loans), and Income-Sensitive Repayment (available to borrowers with FFEL Loans).

Go to Repayment Plans and Calculators for more information about the various repayment plans and to calculate your estimated repayment amount under each of the different plans.

The Publication *Funding Education Beyond High School: The Guide to Federal Student Aid* provides additional information on repayment options, with examples of monthly payments for different loan amounts, and covers other topics you need to consider when managing your loans. You can see the entire publication here.

### Federal Family Education Loans (FFEL) and Federal Perkins Loans

After you've looked at *Funding Education Beyond High School: The Guide to Federal Student Aid*, if you have specific questions about repaying these types of loans, please contact your loan provider. (In the case of Perkins Loans, this will be the school that made you the loan). Don't know who your loan provider is? Go to www.nslds.ed.gov to find out.

### How can I calculate the amount of interest on my own?

To determine the amount of interest you will be required to pay each month, use the following formula called the Simple Daily Interest formula:

**Simple Daily Interest Formula**
Number of days since last payment
x
Principal Balance Outstanding
x
Interest Rate Factor
=
Interest Amount

Last updated/reviewed June 11, 2009

**Practice Example:** Let's say the remaining balance on your loan is $9,500.00. You sent in a payment of $160.00, 32 days after your previous month's payment. Your interest rate is 8.25% (interest rate factor is .00022587).

32 (days) x $9,500.00 (PBO) x .00022587 (interest rate factor)

You would pay $68.66 toward interest and $91.34 toward the principal balance. This would leave you with a loan balance of $9,408.66 after the $160.00 payment was applied.

**Interest Rate Factor**
The interest rate factor is used to calculate the amount of interest that accrues on your loan. It is determined by dividing your loan's interest rate by 365.25 (the number of days in a year). See the following table to see some examples of interest rate factors.

| Interest Rate | Converted to Decimals | Divide by 365.25 | Interest Rate Factor |
|---|---|---|---|
| 8.99% | .0899 | .0899/ 365.25 | .00024613 |
| 8.25% | .0825 | .0825/ 365.25 | .00022587 |
| 7.59% | .0759 | .0759/ 365.25 | .00020780 |

**Why does the amount of interest I pay vary from month to month?**
Interest accrues on a daily basis on your loans. Factors such as: the number of days between your last payment, the interest rate, and the amount of your loan balance, determine the amount of interest that accrues each month.

You can calculate how much will accrue on your loan by using the Simple Daily Interest Formula.

**Direct Loan Servicing Online**
If you have questions about your Direct Loan, you can go online to find the answers. With your PIN, you can view your detailed account information, complete exit counseling, make an online payment, enroll in any of our electronic services, and much more. For the payment address to send your Direct Loan payments, click here.

**Electronic Payment**
In some cases, you might be able to reduce your interest rate if you sign up for electronic debiting. Find out more about electronic payment and debiting here.

**Trouble Making Payments**
If you're having trouble making payments on your loans, contact your lender as soon as possible. Your lender will work with you to determine the best option for you. Options include:

- Changing repayment plans.
- Deferment - if you meet certain requirements. A deferment allows you to temporarily stop making payments on your loan.
- Forbearance - if you don't meet the eligibility requirements for a deferment but are temporarily unable to make your loan payments. A forbearance allows you to temporarily stop making payments on your loan, temporarily make smaller payments, or extend the time for making payments. Read more about deferments and forbearance options.

If you stop making payments and don't get a deferment or forbearance, your loan could go into default, which has serious consequences. Contact your lender regarding options for postponing repayment if you are having trouble

making payments.

**Default**
If you default, it means you failed to make payments on your student loan
according to the terms of your promissory note, the binding legal document
you signed at the time you took out your loan. In other words, you failed to
make your loan payments as scheduled. Your school, the financial institution
that made or owns your loan, your loan guarantor, and the federal
government all can take action to recover the money you owe. Here are some
consequences of default:

- National credit bureaus can be notified of your default, which will harm
  your credit rating, making it hard to buy a car or a house.
- You would be ineligible for additional federal student aid if you decided
  to return to school.
- Loan payments can be deducted from your paycheck.
- State and federal income tax refunds can be withheld and applied
  toward the amount you owe.
- You will have to pay late fees and collection costs on top of what you
  already owe.
- You can be sued.

For more information and to learn what actions to take if you default on your
loans, see the Department of Education's Default Resolution Group Web site.

**Loan Discharge (Cancellation)**
In certain circumstances, your loan can be discharged/canceled. Read about
cancellation provisions here.

**Cancellation and Deferment Options for Teachers**
If you're a teacher serving in a low-income or subject-matter shortage area, it
may be possible for you to cancel or defer your student loans. Let us help you
find out if you qualify.

**Loan Forgiveness for Public Service Employees**
Under the Loan Forgiveness for Public Service Employees Program, the
borrower must be employed full-time in a public service job during the same
period in which the qualifying payments are made and at the time that the
cancellation is granted. The amount forgiven is the remaining outstanding
balance of principal and accrued interest on an eligible Direct Loan for a
borrower who is not in default and who makes 120 monthly payments on the
loan after October 1, 2007.

**Loan Consolidation**
A Consolidation Loan allows you to combine all the federal student loans you
received to finance your college education into a single loan. Read this
section to help you decide whether consolidation is right for you.

# EXHIBIT H

**Table of Contents**

# UNITED STATES SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

# FORM 10-K

(Mark One)

☑    **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

     **For the fiscal year ended: August 31, 2007**

### OR

☐    **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

     **For the transition period from [   ] to [   ]**

### Commission file number: 0-25232

# APOLLO GROUP, INC.

*(Exact name of Registrant as specified in its charter)*

| **ARIZONA** | **86-0419443** |
|---|---|
| *(State or other jurisdiction of incorporation or organization)* | *(I.R.S. Employer Identification No.)* |

### 4615 EAST ELWOOD STREET, PHOENIX, ARIZONA 85040
*(Address of principal executive offices, including zip code)*
### Registrant's telephone number, including area code: (480) 966-5394

#### Securities registered pursuant to Section 12(b) of the Act:

| **Apollo Group, Inc.** | |
|---|---|
| **Class A common stock, no par value** | **The NASDAQ Stock Market LLC** |
| *(Title of each class)* | *(Name of each exchange on which registered)* |

#### Securities registered pursuant to Section 12(g) of the Act:
**None**
*(Title of class)*

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. YES ☐   NO ☑

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. YES ☐   NO ☑

Indicate by check mark whether the Registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. YES ☑   NO ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of Registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☐

Indicate by check mark whether the Registrant is a large accelerated filer, an accelerated filer, or a non-accelerated filer. See definition of "accelerated filer and large accelerated filer" in Rule 12b-2 of the Exchange Act.

Large accelerated filer ☑      Accelerated filer ☐      Non-accelerated filer ☐

Indicate by check mark whether the Registrant is a shell company (as defined in Rule 12b-2 of the Securities Exchange Act). YES ☐   NO ☑

No shares of Apollo Group, Inc. Class B common stock, its voting stock, are held by non-affiliates. The holders of Apollo Group, Inc. Class A common stock are not entitled to any voting rights. The aggregate market value of Apollo Group Class A common stock held by non-affiliates as of February 28, 2007 (last day of the Registrant's most recently completed second fiscal quarter), was approximately $6.6 billion.

The number of shares outstanding for each of the Registrant's classes of common stock as of October 10, 2007 is as follows:

| | |
|---|---|
| Apollo Group, Inc. Class A common stock, no par value | 166,312,000 Shares |
| Apollo Group, Inc. Class B common stock, no par value | 475,000 Shares |

**Documents Incorporated by Reference: None**

**Table of Contents**

### Customers/Students

The following is a breakdown of our Degreed Enrollment information for UPX, including Axia College, (rounded to the nearest hundred):

| Quarter Ended: | Associate's | | Bachelor's | | Master's | | Doctoral | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Number and Percentage of Students per Degree Program | | | | | | | | | |
| November 30, 2003 | 3,200 | 1.6% | 139,200 | 67.9% | 61,300 | 29.9% | 1,400 | 0.7% | 205,100 | 100.0% |
| February 29, 2004 | 3,700 | 1.7% | 146,700 | 67.9% | 63,800 | 29.6% | 1,700 | 0.8% | 215,900 | 100.0% |
| May 31, 2004 | 4,300 | 1.9% | 154,300 | 68.5% | 64,700 | 28.7% | 2,100 | 0.9% | 225,400 | 100.0% |
| August 31, 2004 | 4,000 | 1.7% | 164,500 | 69.0% | 67,600 | 28.4% | 2,300 | 1.0% | 238,400 | 100.0% |
| November 30, 2004 | 13,500 | 5.4% | 162,500 | 65.5% | 69,700 | 28.1% | 2,500 | 1.0% | 248,200 | 100.0% |
| February 28, 2005 | 23,400 | 9.1% | 160,000 | 62.4% | 70,400 | 27.5% | 2,600 | 1.0% | 256,400 | 100.0% |
| May 31, 2005 | 34,800 | 13.0% | 161,600 | 60.2% | 69,200 | 25.8% | 2,800 | 1.0% | 268,400 | 100.0% |
| August 31, 2005 | 41,700 | 15.4% | 157,800 | 58.1% | 68,900 | 25.4% | 3,000 | 1.1% | 271,400 | 100.0% |
| November 30, 2005 | 49,000 | 18.2% | 149,200 | 55.4% | 68,000 | 25.2% | 3,200 | 1.2% | 269,400 | 100.0% |
| February 28, 2006 | 54,900 | 20.3% | 145,500 | 53.7% | 66,700 | 24.6% | 3,700 | 1.4% | 270,800 | 100.0% |
| May 31, 2006 | 63,600 | 22.9% | 145,200 | 52.4% | 64,500 | 23.3% | 3,900 | 1.4% | 277,200 | 100.0% |
| August 31, 2006 | 74,000 | 26.2% | 140,700 | 49.8% | 63,400 | 22.5% | 4,200 | 1.5% | 282,300 | 100.0% |
| November 30, 2006 | 83,000 | 28.4% | 139,900 | 47.9% | 64,400 | 22.1% | 4,500 | 1.6% | 291,800 | 100.0% |
| February 28, 2007 | 88,300 | 29.6% | 139,300 | 46.7% | 66,100 | 22.2% | 4,700 | 1.5% | 298,400 | 100.0% |
| May 31, 2007 | 98,600 | 31.7% | 141,400 | 45.5% | 66,200 | 21.3% | 4,900 | 1.5% | 311,100 | 100.0% |
| August 31, 2007 | 104,500 | 33.3% | 138,700 | 44.2% | 65,300 | 20.8% | 5,200 | 1.7% | 313,700 | 100.0% |

Degreed Enrollments represent individual students enrolled in our degree programs at UPX, including Axia College, that attended a course during the quarter and did not graduate as of the end of the quarter (including Axia students enrolled in UPX and WIU). Degreed Enrollments include any student who graduated from one degree program and started a new degree program (for example, a graduate of the associate's degree program returns for a bachelor's degree or a graduate of a bachelor's degree program returns for a master's degree), as well as students who have been out of attendance for greater than 12 months and return to a program.

In recent years, we have experienced our greatest growth in our associate's degree programs with a corresponding decrease in our bachelor's degree programs. This is due to the fact that UPX has expanded its degree program offerings such that students who were previously enrolled in bachelor's degree programs are now frequently enrolled in associate's degree programs.

Based on surveys of incoming students during 2007, the average age of UPX's students is in the early thirties, and approximately 65% are women. We have a diverse student population and have experienced growth in the number and percentage of African-American students. As of August 31, 2007, our student population is composed of the following racial/ethnic groups:

| Race/ Ethnicity | % of Students |
|---|---|
| African-American | 26.3% |
| Asian/Pacific Islander | 4.0% |
| Caucasian | 52.9% |
| Hispanic | 11.5% |
| Native American/Alaskan | 1.5% |
| Other/Unknown | 3.8% |
| | 100.0% |

multi-faceted and iterative. We have no reason to believe that the application will not be renewed and expect that the renewal process will be completed satisfactorily. WIU was recertified in October 2003 and its current certification for the Title IV programs expires in June 2009.

*Student Loan Defaults.* To remain eligible to participate in Title IV programs, educational institutions must maintain a student loan cohort default rate below 25% for three consecutive years and below 40% for any given year. In addition, if its student loan default rate equals or exceeds 10%, the educational institution must delay for 30 days the release of federal student loan proceeds for first time borrowers and permanently loses the ability to participate in the "school-as-lender" program as part of the Stafford Loan program, among other penalties. In 2005, the most recent U.S. Department of Education cohort default rate reporting period, the national cohort default rate average for all proprietary higher education institutions was 8.2%. UPX and WIU students' cohort default rates for the federal student loan programs for 2005 as reported by the U. S. Department of Education were 7.3% and 11.4%, respectively. With the expansion of the Axia College program, we anticipate an upward trend in student loan defaults based on the greater risk of student loan default presented by the Axia College demographic. Since WIU's Title IV program disbursements are not material, we do not expect the 11.4% default rate to be significant enough to have a material adverse effect on our business. Moreover, we have implemented initiatives to mitigate the greater risk of student loan defaults.

*Administrative Capability.* The Higher Education Act directs the U.S. Department of Education to assess the administrative capability of each institution to participate in Title IV programs. The failure of an institution to satisfy any of the criteria used to assess administrative capability may allow the U.S. Department of Education to determine that the institution lacks administrative capability and, therefore, may be subject to additional scrutiny or denied eligibility for Title IV programs.

*Standards of Financial Responsibility.* Pursuant to the Title IV regulations, as revised, each eligible higher education institution must satisfy the minimum standard established for three tests which assess the financial condition of the institution at the end of the institution's fiscal year. The tests provide three individual scores which must then satisfy a composite score standard. The maximum composite score is 3.0. If the institution achieves a composite score of at least 1.5, it is considered financially responsible. A composite score from 1.0 to 1.4 is considered financially responsible, subject to additional monitoring, and the institution may continue to participate as a financially responsible institution for up to three years. An institution that does not achieve a satisfactory composite score will fall under alternative standards. As of August 31, 2007, our composite score was 2.6.

*Limits on Title IV Program Funds.* The Title IV regulations define the types of educational programs offered by an institution that qualify for Title IV program funds. For students enrolled in qualified programs, the Title IV regulations place limits on the amount of Title IV program funds that a student is eligible to receive in any one academic year, as defined by the U.S. Department of Education. An academic year must consist of at least 30 weeks of instructional time and a minimum of 24 credit hours. Most of UPX's and WIU's degree programs meet the academic year minimum definition of 30 weeks of instructional time and 24 credit hours and, therefore, qualify for Title IV program funds. The programs that do not qualify for Title IV program funds consist primarily of corporate training programs and certain certificate and continuing professional education programs. These programs are paid for directly by the students or their employers.

*Restricted Cash.* The U.S. Department of Education places restrictions on excess Title IV program funds collected for unbilled tuition and fees transferred to UPX or WIU. If an institution holds excess Title IV program funds with student authorization, the institution must maintain, at all times, cash in its bank account in an amount at least equal to the amount of funds the institution holds for students.

*The "90/10 Rule."* A requirement of the Higher Education Act, commonly referred to as the "90/10 Rule,"

Exhibit H, Page 000027

applies only to for-profit institutions of higher education, which includes UPX and WIU. Under this rule, for-profit institutions will be ineligible to participate in Title IV programs if the amount of Title IV program funds used by the students or institution to satisfy tuition, fees and other costs incurred by the students exceeds 90% of the institution's cash-basis revenues from eligible programs. UPX and WIU are required to calculate this percentage at the end of each fiscal year. UPX's and WIU's percentages were 69% and 52%, respectively, for the year ended August 31, 2007.

22

---

Exhibit 1-A Page 000028

**Table of Contents**

more direct financial assistance to our students, we would incur additional costs and assume increased credit risks. See "Business — Regulatory Environment."

**Student loan defaults could result in the loss of eligibility to participate in Title IV programs.**

In general, under the Higher Education Act, an educational institution may lose its eligibility to participate in some or all Title IV programs if its student loan cohort default rate equals or exceeds 25% for three consecutive years or 40% for any given year. If we lose our eligibility to participate in Title IV programs because of high student loan default rates, it would have a material adverse effect on our business. In addition, if its student loan default rate equals or exceeds 10%, the educational institution is required to delay for 30 days the release of federal student loan proceeds for first time borrowers and permanently loses the ability to participate in the "school-as-lender" program, among other penalties. If UPX's student loan cohort default rate exceeds 10%, the limitations on our business could have a material adverse impact. With the expansion of the Axia College program, we anticipate an upward trend in student loan defaults based on the greater risk of student loan default presented by the Axia College demographic. See "Business — Federal Financial Aid Programs — Student Loan Defaults."

### If any regulatory audit, investigation or other proceeding finds us not in compliance with the numerous laws and regulations applicable to the post-secondary education industry, we may not be able to successfully challenge such finding and our business could suffer.

Due to the highly regulated nature of the post-secondary education industry, we are subject to audits, compliance reviews, inquiries, complaints, investigations, claims of non-compliance and lawsuits by federal and state governmental agencies, regulatory agencies, present and former students and employees, shareholders and other third parties, any of whom may allege violations of any of the regulatory requirements applicable to us. If the results of any such claims or actions are unfavorable to us, we may be required to pay monetary fines or penalties, be required to repay funds received under Title IV programs or state financial aid programs, have restrictions placed on or terminate our schools' or programs' eligibility to participate in Title IV programs or state financial aid programs, have limitations placed on or terminate our schools' operations or ability to grant degrees and certificates, have our schools' accreditations restricted or revoked, or be subject to civil or criminal penalties. Any one of these sanctions could adversely affect our financial condition, results of operations and cash flows and result in the imposition of significant restrictions on us and our ability to operate. See "Business — Regulatory Environment."

### If we fail to maintain our institutional accreditation, we would lose our ability to participate in Title IV programs.

UPX and WIU are institutionally accredited by HLC, one of the six regional accrediting agencies recognized by the Secretary of Education. Accreditation by an accrediting agency recognized by the Secretary of Education is required in order for an institution to become and remain eligible to participate in Title IV programs. The loss of accreditation would, among other things, render our schools and programs ineligible to participate in Title IV programs and would have a material adverse effect on our business. For proposed locations outside of North America, we are also required to obtain the approval of HLC. See "Business — Accreditation."

### If we fail to maintain any of our state authorizations, we would lose our ability to operate in that state and to participate in Title IV programs there.

UPX and WIU are authorized to operate and to grant degrees or diplomas by the applicable state agency of