Felicia Y. Yu (SBN 193316)
Margaret Grignon (SBN 76621)
Behzad B. Mohandesi (SBN 214921)
Jordan S. Yu (SBN 227341)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone:  213 457 8000
Facsimile:  213 457 8080
Email:      fyu@reedsmith.com
            mgrignon@reedsmith.com
            bmohandesi@reedsmith.com
            jsyu@reedsmith.com

Attorneys for Defendants
APOLLO GROUP, INC., and THE
UNIVERSITY OF PHOENIX, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA RUSS; SHAWN MARTIN; and NITISHA INGRAM, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>APOLLO GROUP, INC.; and THE UNIVERSITY OF PHOENIX, INC.,<br><br>Defendants. | No.: CV09-0904 VBF (FMOx)<br><br>**CLASS ACTION**<br><br>**DECLARATION OF JORDAN YU IN SUPPORT OF DEFENDANTS APOLLO GROUP, INC. AND THE UNIVERSITY OF PHOENIX, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date:   March 22, 2010<br>Time:   1:30 p.m.<br>Place:  Courtroom 9<br>        312 N. Spring Street<br>        Los Angeles, CA  90012<br><br>The Honorable Valerie Baker Fairbank |

I, Jordan Yu, declare as follows:

1. I am an associate at Reed Smith LLP, counsel of record for defendants Apollo Group, Inc. and The University of Phoenix, Inc. (collectively "Defendants") in this matter. I submit this declaration in support of Defendants' Opposition to Plaintiffs' Motion for Class Certification. I have personal knowledge of the facts declared below and could testify truthfully thereto if required.

2. True and correct copies of documents produced by Plaintiffs in this action, bearing bates stamp prefix "RUSS," are attached to the concurrently filed Compendium of Exhibits as follows: RUSS000120-21 (Exhibit 24), RUSS000187-96 (Exhibit 25), RUSS000211 (Exhibit 26), RUSS000230 (Exhibit 27), RUSS000005-19 (Exhibit 43), RUSS000286-92 (Exhibit 62), RUSS000317-18 (Exhibit 63), and RUSS000330-31 (Exhibit 64).

3. A true and correct copy of Plaintiff Angela Russ' (and Nitisha Ingram) Supplemental Responses to Defendants' Interrogatories, Set One, is attached as Exhibit 28 to the Compendium of Exhibits.

4. A true and correct copy of Plaintiff Angela Russ' condensed deposition transcript, dated October 5, 2009, is attached as Exhibit 29 to the Compendium of Exhibits.

4. A true and correct copy of Plaintiff Nitisha Ingram's (and Angela Russ) Supplemental Responses to Defendants' Interrogatories, Set One, is attached as Exhibit 44 to the Compendium of Exhibits.

5. A true and correct copy of Plaintiff Nitisha Ingram's Responses to Defendants' Requests for Admission, Set One, is attached as Exhibit 45 to the Compendium of Exhibits.

6. A true and correct copy of Plaintiff Nitisha Ingram's condensed deposition transcript, dated October 16, 2009, is attached as Exhibit 46 to the Compendium of Exhibits.

– 1 –

7. A true and correct copy of Plaintiff Julia Moorehead's Responses to Defendants' Interrogatories, Set One, is attached as Exhibit 65 to the Compendium of Exhibits.

8. A true and correct copy of Plaintiff Julia Moorehead's condensed deposition transcript, dated October 23, 2009, is attached as Exhibit 66 to the Compendium of Exhibits.

9. A true and correct copy of Shawn Martin's condensed deposition transcript, dated January 11, 2010, is attached as Exhibit 80 to the Compendium of Exhibits.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on January 25, 2009 at Los Angeles, California.

_____
Jordan Yu

DECLARATION OF JORDAN YU

# PROOF OF SERVICE

I, CANDICE A. SPOON, declare:

I am employed in the County of Los Angeles, State of California. My business address is Reed Smith LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, California 90071. I am over the age of eighteen years and not a party to the action in which this service is made.

On January 25, 2010, I caused to be served the document(s) described as:

**DECLARATION OF JORDAN YU IN SUPPORT OF DEFENDANTS APOLLO GROUP, INC. AND THE UNIVERSITY OF PHOENIX, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

on the interested parties in this action addressed as follows:

| | |
|---|---|
| ☑ | BY CM/ECF ELECTRONIC DELIVERY: In accordance with the registered case participants and in accordance with the procedures set forth at the Court's website www.ecf.cacd.uscourts.gov |
| ☐ | BY PERSONAL DELIVERY: I personally delivered the document(s) listed above to the person(s) at the address(es) set forth above. |
| ☐ | BY MAIL: I am "readily familiar" with this firm's practice for the collection and the processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, the correspondence would be deposited with the United States Postal Service with postage thereon fully prepaid the same day on which the correspondence was placed for collection and mailing at the firm. Following ordinary business practices, I placed for collection and mailing with the United States Postal Service such envelope at Reed Smith LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, California 90071. |
| ☐ | BY ☐ UPS NEXT DAY AIR ☐ FEDERAL EXPRESS ☐ OVERNIGHT DELIVERY: I deposited such envelope in a facility regularly maintained by ☐ UPS ☐ FEDERAL EXPRESS ☐ Overnight Delivery [specify name of service: ] with delivery fees fully provided for or delivered the envelope to a courier or driver of ☐ UPS ☐ FEDERAL EXPRESS OVERNIGHT DELIVERY [specify name of service:] authorized to receive documents at Reed Smith LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, California 90071 with delivery fees fully provided for. |
| ☐ | by transmitting via facsimile on this date from fax number (213) 457-8080 the document(s) listed above to the fax number(s) set forth below. The transmission was reported complete and without error. The transmission report was properly issued by the transmitting fax machine. The transmitting fax machine complies with Cal.R.Ct 2003(3). |

– 1 –

PROOF OF SERVICE

| | |
|---|---|
| ☐ | BY E-MAIL: I transmitted via email to the parties at the email addresses listed below. |
| ☐ | [State]   I declare under penalty of perjury under the laws of the State of California that the above is true and correct. |
| ☑ | [Federal]   I declare under penalty of perjury that the foregoing is true and correct. |

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on January 25, 2010, at Los Angeles, California.

_____
Candice A. Spoon

## SERVICE LIST

| | |
|---|---|
| Michael D. Braun, Esq.<br>Braun Law Group, P.C.<br>12304 Santa Monica Boulevard<br>Suite 109<br>Los Angeles, California  90025<br>Phone:  310.442.7755<br>Facsimile:  310.442.7756<br>Email:  service@braunlawgroup.com<br><br>*Attorneys for Plaintiffs, ANGELA RUSS, SHAWN MARTIN, and NITISHA INGRAM, individually and on behalf of all others similarly situated* | Richard A. Adams, *admitted pro hac vice*<br>Phillip N. Cockrell, *admitted pro hac vice*<br>Corey D. McGaha, *admitted pro hac vice*<br>Leisa B. Pearlman, *admitted pro hac vice*<br>Reid D. Miller, *admitted pro hac vice*<br>Patton Roberts PLLC<br>Century Bank Plaza, Suite 400<br>2900 St. Michael Drive<br>Texarkana, Texas  75505-6128<br><br>Phone:  (903) 334-7000<br>Facsimile: (903) 334-7007<br>Email:   radams@pattonroberts.com<br>       pcockrell@pattonroberts.com<br>       cmcgaha@pattonroberts.com<br>       lpearlman@pattonroberts.com<br>       rmiller@pattonroberts.com<br><br>*Attorneys for Plaintiffs, ANGELA RUSS, SHAWN MARTIN, and NITISHA INGRAM, individually and on behalf of all others similarly situated* |
| Janet Lindner Spielberg, Esq.<br>Law Office of Janet Lindner Spielberg<br>12400 Wilshire Blvd., Suite 400<br>Los Angeles, CA  90025<br><br>Phone:  (310) 392-8801<br>Facsimile:  (310) 278-5938<br>Email:   jlspielberg@jlslp.com<br><br>*Attorneys for Plaintiffs, ANGELA RUSS, SHAWN MARTIN, and NITISHA INGRAM, individually and on behalf of all others similarly situated* | |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware