JS-6

Felicia Y. Yu (SBN 193316)
Margaret Grignon (SBN 76621)
Behzad B. Mohandesi (SBN 214921)
Jordan S. Yu (SBN 227341)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone:  213-457-8000
Facsimile:  213-457-8080
Email:       fyu@reedsmith.com
             mgrignon@reedsmith.com
             bmohandesi@reedsmith.com
             jsyu@reedsmith.com

Attorneys for Defendants
APOLLO GROUP, INC., and THE
UNIVERSITY OF PHOENIX, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA RUSS; SHAWN MARTIN; and NITISHA INGRAM, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>APOLLO GROUP, INC.; and THE UNIVERSITY OF PHOENIX, INC.,<br><br>Defendants. | No.: CV09-0904 VBF (FMOx)<br><br>**ORDER DISMISSING ACTION IN ITS ENTIRETY WITH PREJUDICE**<br><br>[FRCP 41(a)]<br><br>Honorable Valerie Baker Fairbank |

Pursuant to the Stipulation of Dismissal entered into by and between the Parties, and good cause appearing, the Court hereby dismisses this action in its entirety with prejudice.  Each party shall bear its own costs and attorney's fees.

DATED:  August 31, 2010

*Valerie Baker Fairbank*
UNITED STATES DISTRICT JUDGE
Valerie Baker Fairbank